UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL JOSE SALAZAR,

        Plaintiff,

   v.

COUNTY OF SANTA CLARA, et al.,

        Defendants.

Case No. 15-cv-04056-PSG

**CASE SCHEDULING ORDER**

**(Re: Docket No. 15)**

Based on the parties' joint case management statement,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is February 5, 2016.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | June 24, 2016 |
| Disclosure of Experts and Reports | July 8, 2016 |
| Expert Discovery Cut-Off | August 12, 2016 |
| Dispositive Motions Filing Deadline | August 26, 2016 |
| Dispositive Motions Hearing | October 4, 2016 at 10:00 AM |
| Pre-Trial Conference | January 24, 2017 at 10:00 AM |

---

[1] *See* Docket No. 15.

Case No. 15-cv-04056-PSG
CASE SCHEDULING ORDER

1

| | |
|---|---|
| 1 | Jury Trial ................................................................................... February 13, 2017 at 9:30 AM |

**SO ORDERED.**

Dated: December 3, 2015

                                                 _____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 15-cv-04056-PSG
CASE SCHEDULING ORDER